UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>ROMMEL ANTOLIN,<br><br>    Defendant and Judgment Debtor.<br><br>FATE THERAPEUTICS, INC.,<br><br>    Garnishee. | No.  2:23-mc-00016-DAD-DB<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT</u><br><br>(Doc. Nos. 11, 12) |

    This matter is before the court on plaintiff United States' application for a final order continuing wage garnishment.  (Doc. No. 1.)  On January 11, 2023, the United States filed an application for a writ of continuing garnishment of twenty-five percent (25%) of defendant Rommel Antolin's non-exempt disposable earnings and one hundred percent (100%) of his net severance pay through the garnishee, Fate Therapeutics, Inc.  (*Id.*)  On January 19, 2023, the Clerk of the Court issued the Writ of Continuing Garnishment and the Clerk's Notice of Instructions to Debtor.  (Doc. Nos. 4, 4-1.)  The United States served the Writ and related documents on the garnishee Fate Therapeutics, Inc., and the judgment debtor.  (Doc. Nos. 5, 6.)  On February 21, 2023, the United States filed a request for findings and recommendations with

1 regard to a final order of garnishment. (Doc. No. 11.) The matter was referred to a United States
2 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

3       On March 2, 2023, the assigned magistrate judge issued findings and recommendations
4 recommending that the United States' request for final order of garnishment be granted. (Doc.
5 No. 12.) The findings and recommendations were served on the parties and contained notice that
6 any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at
7 2.) To date, no objections to the findings and recommendations have been filed with the court,
8 and the time in which to do so has now passed.

9       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
10 *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings
11 and recommendations to be supported by the record and by proper analysis.

12       Accordingly,

13     1. The findings and recommendations issued on March 2, 2023 (Doc. No. 12) are
14         adopted in full;

15     2. The United States' request for a final order of continuing garnishment (Doc. No.
16         11) is granted;

17     3. Garnishee Fate Therapeutics, Inc. is directed to pay the Clerk of the United States
18         District Court the amount of non-exempt disposable earnings, including but not
19         limited to wages, earnings, commissions, and bonuses, already withheld as a result
20         of the writ, within fifteen (15) days of the filing of this order. Payment shall be
21         made in the form of a check, money order, or company draft, made payable to the
22         "Clerk of the Court" and delivered to:

23                 Office of the Clerk
                      501 I St., Rm. 4-200
24                 Sacramento, CA 95814

25         The criminal case number (2:08-cr-00318-MCE) shall be stated on the payment
26         instrument;

27     4. Garnishee Fate Therapeutics, Inc., is directed to pay the Clerk of the United States
28         District Court twenty-five percent (25%) of Rommel Antolin's ongoing and non-

exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

5. Garnishee Fate Therapeutics, Inc., is directed to pay the Clerk of the United States District Court one hundred percent (100%) of Rommel Antolin's net severance pay;

6. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

7. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

IT IS SO ORDERED.

Dated: **April 17, 2023**

UNITED STATES DISTRICT JUDGE