UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>ROMMEL ANTOLIN,<br><br>    Defendant and Judgment Debtor.<br><br>FATE THERAPEUTICS, INC.,<br><br>    Garnishee. | No. 2:23-mc-00016-DAD-DB<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 17) |

    This matter is before the court on plaintiff United States' application for an order terminating wage garnishment. (Doc. No. 17.) As set forth in plaintiff's original application for a writ of garnishment, the United States sought to garnish defendant Antolin's wages from his employer, Fate Therapeutics, Inc. (Doc. No. 1.) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10)(B) because defendant Antolin is no longer employed with Fate Therapeutics, Inc. (Doc. No. 17 at 1.)

/////

1

Good cause appearing from the review of the court files and the United States' application for an order terminating wage garnishment, the United States' application (Doc. No. 17) will be granted. The writ of garnishment issued against defendant Rommel Antolin is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(B). The Clerk of the Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: __May 19, 2023__

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE